1
2
3
4
5
6

Hon. Robert S. Lasnik

7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | CONTINENTAL CASUALTY COMPANY
and TRANSCONTINENTAL INSURANCE
11 | COMPANY,

12 |                    Plaintiff,

13 |          v.

14 | CORUS PHARMA, INC., SALUS
15 | PHARMA, INC., ALAN BRUCE
MONTGOMERY, and WILLIAM BAKER,
16
17 |                    Defendants.

NO.  2:06-cv-00921-RSL

ORDER CONTINUING TRIAL AND
EXTENDING OTHER CASE
DEADLINES

NOTE ON MOTION CALENDAR:
Thursday, October 4, 2007

18
19
20       Based in part on the stipulation of the parties, the case management schedule in the above-
21  captioned matter is hereby amended as follows:
22
23       **TRIAL DATE**                                             **May 5, 2008**
24       All motions related to discovery must be noted on the motion
25           calendar no later than the Friday before discovery closes
            pursuant to CR7(d)(3) or CR37(a)(2)(B)
26       Discovery completed by                                    January 13, 2008
27
28

ORDER CONTINUING TRIAL AND EXTENDING
OTHER CASE DEADLINES - 1
2:06-cv-00921-RSL
#644603 v1 / 33335-003

All dispositive motions must be filed by
        and noted on the motion calendar no later than
        the fourth Friday thereafter (see CR 7(d))                      February 12, 2008

Settlement conference per CR 39.1(c)(2) held no later than  March 13, 2008

Mediation per CR 39.1(c)(3) held no later than                      April 12, 2008

All motions in limine must be filed by
        and noted on the motion calendar seven judicial days
        thereafter pursuant to CR 7(d)(2)                          April 14, 2008

Agreed pretrial order due                                          April 30, 2008

Pretrial conference to be scheduled by the Court

Trial brief, proposed voir dire questions, proposed
        jury instructions, and trial exhibits due                  May 2, 2008

Pursuant to the Court's November 6, 2006 Order Setting Trial Date and Related Dates, trial in this matter is presently set for January 7, 2008.  The deadline for the parties to have completed discovery in this matter is September 9, 2007.  As more fully set forth in Defendants' Motion for Extension of Discovery Deadline and the parties' related submissions, the inability to reach consensus on a protective order to be entered in this matter has prevented Defendants from producing documents to Plaintiffs and, thus, has prevented Plaintiffs from completing their discovery.

As the parties were finalizing their submissions on Defendants' pending motion, counsel began discussions to reach agreement on this stipulation.   The parties believe that a trial continuance of approximately 120 days and a correlating extension of other case deadlines is both necessary and equitable to allow the parties to complete discovery and adequately prepare their cases for trial.  The parties' stipulation as to the extension of the date by which discovery must be completed, as set forth above, applies solely to Plaintiffs' right to conduct discovery related to documents and/or information to be produced subject to a protective order to be entered in this action and the Defendants' discovery, if any, in response to deposition or document discovery undertaken by Plaintiffs during such discovery extension.

ORDER CONTINUING TRIAL AND EXTENDING
OTHER CASE DEADLINES - 2
2:06-cv-00921-RSL
#644603 v1 / 33335-003

1    Defendants' pending Motion for Extension of Discovery Deadline is hereby stricken as

2  moot.

3

4    DATED this 9th day of October, 2007.

5

6                                    *Robert S. Lasnik*
                                     Robert S. Lasnik
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING TRIAL AND EXTENDING
OTHER CASE DEADLINES - 3
2:06-cv-00921-RSL
#644603 v1 / 33335-003