Hon. Robert S. Lasnik

Erik R. Lied, WSBA #11105
Walter E. Barton, WSBA # 26408
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 223-1313
Fax: (206) 682-7100

SHARTSIS FRIESE LLP
Anthony B. Leuin, CA Bar #95639
Zesara C. Chan, CA Bar #136302
Admitted Pro Hac Vice
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone: (415) 421-6500
Fax: (415) 421-2922

Attorneys for Defendants

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CONTINENTAL CASUALTY COMPANY and TRANSCONTINENTAL INSURANCE COMPANY,

Plaintiff,

v.

CORUS PHARMA, INC., SALUS PHARMA, INC., ALAN BRUCE MONTGOMERY, and WILLIAM BAKER,

Defendants.

NO.  2:06-cv-00921RSL

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF DISCOVERY DEADLINE

This matter came before the above-captioned Court on a motion by Defendants, pursuant to Fed. R. Civ. P. 7, for an order extending the discovery deadline for a period of 60 days to accommodate discrete issues addressed in said motion.  The Court, having reviewed the records,

ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION OF DISCOVERY DEADLINE - 1
2:06-cv-00921-RSL

Law Offices
KARR·TUTTLE·CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1  pleadings and files herein and the parties' submissions, and being otherwise fully informed in the
2  proceedings,
3      IT IS HEREBY ORDERED that Defendants' Motion for Extension of Discovery
4  Deadline is GRANTED.  The discovery deadline is hereby extended until March 13, 2008.
5      Dated this 4th day of February, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Walter E. Barton
Erik R. Lied, WSBA #11105
Walter E. Barton, WSBA #26408
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 223-1313
Fax: (206) 682-7100
e-mail:  gbarton@karrtuttle.com
         elied@karrtuttle.com

SHARTSIS FRIESE LLP
Anthony B. Leuin, CA Bar #95639
Zesara C. Chan, CA Bar #136302
Admitted Pro Hac Vice
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone: (415) 421-6500
Fax: (415) 421-2922
E-mail:  aleuin@sflaw.com
         zchan@sflaw.com

Attorneys for Defendants

ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION OF DISCOVERY DEADLINE - 2
2:06-cv-00921-RSL

*Law Offices*
**KARR·TUTTLE·CAMPBELL**
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100**